# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 225 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA INTEREST ON LAWYERS TRUST ACCOUNT BOARD | : : : : | DISCIPLINARY RULES DOCKET |

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of June, 2022, Vanessa Garrett-Harley, Esquire, is hereby designated as Chair, and Kay Kyungsun Yu, Esquire, is hereby designated as Vice-Chair, of the Pennsylvania Interest on Lawyers Trust Account Board, commencing September 1, 2022.